MAD/ATB 5:22-CV-1102    6-23-23

To Presiding Judges of case # 5:22-CV-1102 filed by-myself, Alejandro Dos Santos III. I recieved a Letter in response* to my open Internal affairs complaint against 4 officers for tampering and the Letter state a thorough investigation even after all the evidence I submitted and before the court decided what was Facts, they determined it was unfound. I Today submitt those Letters and Letters I sent to them to investigate. It should be noted I turned over both my admendment and original civil complaints to the Police department and office of corporate counsel. —— END OF Note ——

Sincerly,
Alejandro
    Dos Santos III
Pro Se
444 S Salina St #808
Syracuse, NY 13201
*this Address is valid

**1st Deputy Chief**
Richard F. Shoff, Jr.



**Deputy Chiefs**
Richard H. Trudell
Julie L. Shulsky
Mark M. Rusin

## SYRACUSE POLICE DEPARTMENT
Joseph L. Cecile, Chief

21 Sept. 2022

Mr. Alejandro Dos Santos
444 S. Salina Street, Unit 686
Syracuse, N.Y.  13201

Dear Mr. Dos Santos:

This letter is to advise you that I have received your written complaint and have assigned the appropriate personnel to conduct a thorough investigation of the incident.

A report of the findings and recommendations will be delivered to me within forty-five days so that I may make an administrative decision on the appropriate action I will take in this matter.

Sincerely,

Joseph L. Cecile

Chief of Police

JSC/CD

*Policing the community through partnerships, prevention, and problem-solving.*

511 South State Street, Syracuse, NY 13202      315.442.5200      www.syracusepolice.org

Ranette L. Releford
Administrator
RReleford@syrgov.net



P-01-002

## CITIZENS REVIEW BOARD

Benjamin R. Walsh, Mayor

September 21, 2022

Alejandro Dos Santos III
444 S Salina Street Unit 868
Syracuse, NY 13201

Dear Mr. Dos Santos:

You recently filed a complaint with the Syracuse Police Department's Office of Professional Standards (OPS) regarding an incident on October 20, 2019. Anytime a complaint is filed with OPS, the Citizen Review Board also conducts a separate, parallel investigation. The CRB investigation has been initiated to examine the allegations made in your complaint. You will be kept informed as your case progresses through the CRB process, but please do not hesitate to call if you have any questions about the status of your complaint.

The CRB will investigate your complaint and decide whether to make any disciplinary recommendations to the Chief of Police regarding the actions of the involved officer(s). The investigation includes the taking of statements from witnesses and a review of all relevant documents (including police reports, photographs, and any audio or video recordings) that corroborate or contradict the allegation(s) of officer misconduct. Upon completion of the investigation, the 11 members of the CRB will review the investigation and vote to determine whether there is sufficient reasonable cause to proceed to a hearing to address the allegation(s) of misconduct. If the Board votes to send your case to a hearing, I will contact you to schedule the hearing at a time that is convenient for you. A hearing panel composed of three members of the CRB will be formed to examine the documentary evidence prior to the hearing. At the hearing, you will have the opportunity to describe the incident to the panel. You will be expected to testify truthfully and answer all relevant questions. You have the option to bring legal counsel with you if you like, but it is not required. The three-member CRB panel will vote on whether to sustain the allegation(s) against the officer(s), exonerate the officer(s), or conclude that there is insufficient evidence to make a finding. You will be notified in writing of the CRB panel's finding. If the panel sustains a finding against an officer, they will also make a disciplinary recommendation to the Chief of Police. The panel's findings as well as any disciplinary recommendations will be forwarded to the Chief of Police who then reports to the CRB any disciplinary action taken by the department concerning your complaint.

At any point prior to a hearing, you may request to have your complaint routed through conciliation instead of through the investigative process. Having your case routed through conciliation would require both your consent and agreement by the subject officer(s) to participate in the conciliation process. Conciliation is an alternative to the investigative process and would not result in the imposition of any sanctions against the subject officer(s). The purpose of conciliation is to arrive at a resolution that is mutually agreeable to the involved parties. Conciliation would involve a mediated discussion between you and the subject officer(s) and a designated third party to be mutually agreed upon. If the outcome of the conciliation process is not satisfactory to both parties, you may resume the CRB investigative process.

Thank you again for filing a complaint and providing feedback on your interaction with a member of the Syracuse Police Department. Your participation in the CRB process helps to ensure that our neighborhoods and communities are policed in a professional manner consistent with all applicable laws and policies. If you have any questions regarding the CRB process or the investigation of your complaint, please contact me at 315-448-8750.

Sincerely,

*Ranette L. Releford*

Ranette Releford
Administrator

/mab

# Alejandro Dos Santos III -Pro Se

444 S Salina Street Unit 868 , Syracuse, NY 13201 | 315-217-1736 | Alejandro_ds3@outlook.com
September ,29, 2022

Chief of Police. Sir Joseph L Cecile
Syracuse Police Department
511 S State Street , Syracuse, NY

Dear Chief of Police. Sir Joseph L Cecile:

I have received your last correspondence.

To The public and Syracuse.Com Officers specifically but not limited to officer Nikki Hendrix and Brandon Hanks admitting the Syracuse Police Department is racist and adds incentives for civilian constitutional Violations proves the basis of my claim.

This Police Department systematically discriminates and retaliates against all Blacks, Browns, and Minorities. They cast me and any person of color as a gang member and inferior. I'm suing the Syracuse Police Department for violating my constitutional rights, which officers have come out after and admitted to being a trend at this Department undeniably inadvertently proves my claim. The use of intentional Constitutional Violations has been displayed in my case proving it to be true. These officers are not only told, but also trained, and taught to violate our constitutional rights, They're rewarded for it as if it's a good thing or legal.

The Constitution, through the Fourth Amendment, **protects people from unreasonable searches and seizures by the government.** Tampering with evidence destroys and changes the evidence there is in the hopes that the tampering will affect the outcome of a criminal investigation. Tampering with evidence is bad enough when it's civilians but when it's one of the law enforcement officers involved with intentional interference with an investigation,

it's a serious criminal offense as these are the people we rely on for the integrity of cases. Syracuse Police Officers have put a major question on the moral integrity of criminal investigations. Officers broke the chain of evidence by tampering with evidence and falsifying evidence/records and court testimony. All officers involved
Committed perjury and Evidence tampering. They attempted to seal in a Criminal possession of a weapons conviction on me and went to great lengths to do so and failed because I am not a felon as they claimed so the staged crime scene to secure the charge closed book was unneeded. Once they found no evidence of assault and abuse on my daughter they weren't happy with no crime being committed, we/ I just had to be guilty of something to justify their first extreme and wrong assumptions of child abuse. We couldn't be innocent they were adamant and persistent in making a crime have happened. Not one officer stopped it or stood up to correct it which shows it was no error, this was <u>Organized crime</u>, and <u>Corruption</u> and these are Gang members, <u>Organized Gangs with Badges</u> and <u>Blatant</u> and <u>Extreme Racism</u>. Based on <u>deliberate falsehoods</u> in the completion of Syracuse Police Officers' application for the search warrant and an affidavit in support of the search warrant and misrepresentation of facts supporting probable cause, the warrant was unlawful.

An individual can be prosecuted for perjury under §1621 no matter where he made the statements, so long as he has been placed under oath by an individual authorized to administer the oath under federal law, or makes the statements subject to the penalty of perjury therefore your are guilty of that. Furthermore According to New York Penal Law section 215.40, you are guilty of tampering with physical evidence when; with the intent to have a particular piece of physical evidence used or introduced in an official or prospective official proceeding, you knowingly make, prepare or devise false physical evidence. Under <u>New York Penal Law section 105.00</u>, you have committed the crime of conspiracy in the sixth degree if with intent to commit a crime you agree with one or more other persons to commit that crime.

There is A Preponderance amount of undisputed evidence submitted by your officers showing several Constitutional Violations have occurred and several criminal crimes have occurred including but limited to the therefore mentioned.

I am not looking to publicly humiliate or Shame this Department, I am asking my allegations to be heard, investigated and for my demands in **my Intent to sue which is valid for 60 days from 08/29/2022** (delivered upon this Department certified mailed [70220410000046124580-USPS TRACKING] and picked up at 9:14 am on September 6, 2022, in SYRACUSE, NY 13218 by Sharita Lyles SPD) to be taken seriously and all officers who committed and or conspired to commit crimes to be prosecuted to the fullest extent of the law and relieve of their Police powers immediately pending further investigation.

A Complaint and request for intervention have been filed with the Department of Justice, Case ID **201367-GQC.**

Sincerely,

**Alejandro Dos Santos III – Pro Se**

Subscribe

P-01-006

**Crime & Safety**

# 2nd Black Syracuse officer set to sue department, alleges discrimination on the job

Updated: May. 04, 2022, 6:22 p.m. | Published: May. 04, 2022, 8:00 a.m.



Nikki Hendrix has worked with the Syracuse Police Department for 11 years and is alleging the she's been discriminated against on the job. Dennis Nett | dnett@syracuse.com

523 shares

NEW!

By Chris Libonati | clibonati@syracuse.com

Syracuse, N.Y. -- A second Black police officer within a year has taken the first steps to sue the department, alleging it makes it harder for Black officers to succeed.

Nikki Hendrix, who has worked for the department for more than 11 years, wrote in a notice of claim filed with the city that the department systematically discriminates against Black officers, judges them more harshly in the promotional and hiring process and incentivizes Black officers to violate citizens' constitutional rights to get ahead in the department, among other claims.

Advertisement

She also accused the department of failing to hit a goal set in 1980 by the city and the U.S. Department of Justice for the city to hire and promote more Black officers and women.

A notice of claim notifies a municipality of someone's intent to sue. Hendrix now has 15 months to sue the department.

Hendrix, 42, a city resident, has applied four times to become a sergeant, once to become a training officer in the academy, once to become a detective and her application to become a school

resource officer was initially denied, she said. She was eventually made a school resource officer after she filed a grievance.

Advertisement

She also sued the officers involved in each promotional process.

Hendrix's lawyers wrote that she has "been denied for every promotion she has applied for, only to witness these positions be offered to less qualified Caucasian male officers who live outside the City of Syracuse."

"She checks all the boxes for what these departments need," said her lawyer Jesse Ryder. "This is the future of policing. And by virtue of the fact that she is qualified, she becomes the target."

Hendrix's claim follows one filed by Brandon Hanks, who last year charged that the department systemically discriminates and retaliates against Black officers and creates what the lawsuit termed a "Jim Crow culture." The department allowed a hostile work environment including racial harassment, racial stereotypes, and treatment of Black officers as inferior, Hanks alleged.

Advertisement

Chief Joe Cecile said he "obviously" could not comment about Hendrix's claims. A city spokesman also declined to comment. The department and city officials routinely do not comment on pending litigation.

After Hanks filed his claim, <u>seven current and former Black officers</u> said in interviews with <u>syracuse.com</u> | The Post-Standard they agreed with his claim and had a similar experience.

Hendrix is being represented by Ryder and Charles Bonner, the same lawyers who represent Hanks. The lawyers have won or settled multiple lawsuits filed against city police, <u>including a more than $2 million verdict in a police brutality case.</u>

Advertisement

"The department puts out this disclaimer of they want minorities, they want women, they want city residents, they want you to be educated," Hendrix said. "But then they get those types of officers and then they don't utilize them.

"I've shouldn't have been on the job now going on 12 years, and still be where I started. There's been no progression."

Hendrix is representative of the community she polices, has built strong relationships with the community as part of the department's community policing division and has extensive education, she said.

The officer received an undergraduate degree in sociology from the University of Texas at San Antonio, a master's degree in education from East Central University and is pursuing a doctorate's degree from Northcentral University.

Advertisement

Part of her career was spent working at the Southwest Community Center in one of the department's former community policing storefronts. Hendrix said she ran resume workshops and mentored kids.

As she's pursued her doctorate's degree, Hendrix has been holding paint therapy classes for kids at Hillbrook Juvenile Detention Center, some of whom she said she recognizes from having worked at the Southwest Community Center.

P-G1-018

"I can't get a position in training, but yet I've got an educational background. I can't get a position in CID and I'm very ingrained, very involved in the community. People talk to me, they tell me things that they probably wouldn't necessarily tell my fellow co-workers," she said.

Advertisement

In the claim, Hendrix claims Black officers who violate the constitutional rights of citizens are the ones most likely to get promoted or transferred into more favorable positions.

Her claim provides hyperlinks to videos of incidents involving Damon Lockett, Vallon Smith and Leonard Brown.

Ryder and Bonner have been involved in suing each of the officers, alleging constitutional violations. Lockett, who was one of the officers found by a federal jury to have beaten Alonzo Grant, and Brown, an officer who was involved in stopping a man in the Near Westside and pulling him out of the car, later became detectives.

Advertisement

Smith retired from the department late last year.

**MORE STORIES ABOUT POLICING IN SYRACUSE**

Black officers say they felt isolated, discouraged in Syracuse police force: 'I just got tired of it'

Syracuse's best-known police officer attacks department's 'Jim Crow culture' in racial bias claim

'They cast me off as a gang member': Hanks speaks out for 1st time since filing claim against SPD

7-year-old scores basket on undefeated Syracuse cop, wins new sneakers

A blue wall, fortified over decades, protects Syracuse cops from accountability

Advertisement

[In 1st executive order, Walsh unveils package of reforms to Syracuse Police Department](#)

[Faces of the Syracuse protests: Why we are marching, rallying against police brutality](#)

*Got a tip, comment or story idea? Contact Chris Libonati by phone at 585-290-0718 or by email at [clibonati@syracuse.com](mailto:clibonati@syracuse.com).*

**Note to readers: if you purchase something through one of our affiliate links we may earn a commission.**

---



Registration on or use of this site constitutes acceptance of our **User Agreement**, **Privacy Policy and Cookie Statement**, and **Your California Privacy Rights** (User Agreement updated 1/1/21. Privacy Policy and Cookie Statement updated 7/1/2022).

**Cookies Settings**

© 2022 Advance Local Media LLC. All rights reserved (**About Us**).

The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

**Community Rules** apply to all content you upload or otherwise submit to this site.

▷ **Ad Choices**



NEW YORK STATE
COMMISSION ON JUDICIAL CONDUCT

JOSEPH W. BELLUCK, CHAIR
TAA GRAYS, VICE CHAIR
HON. FERNANDO M. CAMACHO
JODIE CORNGOLD
HON. JOHN A. FALK
HON. ANGELA M. MAZZARELLI
HON. ROBERT J. MILLER
MARVIN RAY RASKIN
RONALD J. ROSENBERG
GRAHAM B. SEITER
AKOSUA GARCIA YEBOAH
MEMBERS

CELIA A. ZAHNER, CLERK

400 ANDREWS STREET, SUITE 700
ROCHESTER, NEW YORK 14604

585-784-4141    518-299-1757
TELEPHONE       FACSIMILE
www.cjc.ny.gov

ROBERT H. TEMBECKJIAN
ADMINISTRATOR & COUNSEL

JOHN J. POSTEL
DEPUTY ADMINISTRATOR

M. KATHLEEN MARTIN
DAVID M. DUGUAY
SENIOR ATTORNEYS

STEPHANIE A. FIX
STAFF ATTORNEY

**CONFIDENTIAL**

November 14, 2022

Mr. Alejandro Dos Santos III
444 South Salina Street, #868
Syracuse, New York 13201

Re: File No. 2022/R-0526

Dear Mr. Santos:

This is to acknowledge receipt by the State Commission on Judicial Conduct of your complaint dated November 7, 2022.

Your complaint will be presented to the Commission, which will decide whether or not to inquire into it. We will contact you after the Commission has reviewed the matter.

For your information, we have enclosed some background material about the Commission, its jurisdiction and its limitations.

Very truly yours,

Kathryn Trapani
Executive Assistant to the Deputy Administrator

Enclosure

**1st Deputy Chief**
Richard F. Shoff, Jr.

**Deputy Chiefs**
Richard H. Trudell
Julie L. Shulsky
Mark M. Rusin

## SYRACUSE POLICE DEPARTMENT
Joseph L. Cecile, Chief

June 15, 2023

Mr. Alejandro Dos Santos
444 S. Salina Street
Syracuse, N.Y. 13201

Dear Mr. Dos Santos:

### In the matter of Alejandro Dos Santos vs. Police Detectives Pelz and Ervine
### Allegation of Misconduct: Violation of policy (tampering)
### OPS case #22-073

A thorough investigation was conducted concerning the above matter. Your complaint was filed 35 months after the incident occurrence. The above charge could not be sustained by the Office of Professional Standards at the conclusion of their investigation in February of 2023. This investigation was handled properly and within departmental policies.

Sincerely,

Joseph L. Cecile
Chief of Police

SEI/mb-f

*Policing the community through partnerships, prevention, and problem-solving.*
511 South State Street, Syracuse, NY 13202    315.442.5250    www.syr.gov/police

STATE OF NEW YORK
400 ANDREWS STREET, SUITE 700
ROCHESTER, NEW YORK 14604

ADDRESS SERVICE REQUESTED
PERSONAL & CONFIDENTIAL



PITNEY BOWES
$0.57 0
US POSTAGE IMI
FIRST-CLASS
026W0004897271
2000055850
ZIP 14604

Mr. Alejandro Dos Santos III
444 South Salina Street, #868
Syracuse, New York  13201

1320132135 C770


Syracuse Police Department
511 S. State Street
Syracuse, NY 13202

SYRACUSE NY 130
21 SEP 2022 PM 1 L



Mr. Alejandro Dos Santos
444 S. Salina St.
Unit #686
Syracuse, NY 13201

13201-212861

City of Syracuse
CITIZEN REVIEW BOARD

City Hall Commons - Suite 705
201 E. Washington Street
Syracuse, NY 13202

SYRACUSE NY 130
23 SEP 2022 PM 3

US POSTAGE PITNEY
ZIP 13202  $ 000.
02 4W
0000366575 SEP 23

Alejandro Dos Santos III
444 S Salina Street Unit 868
Syracuse, NY 13201

13201-213518

 Syracuse Police Department
511 S. State Street
Syracuse, NY 13202



Mr. Alejandro Dos Santos
444 S. Salina St #868
Syracuse, NY 13201