Good morning, I am not sure where the court jurisdiction lays in this matter with my current problems but it very much correlated to my current lawsuit in this courts docket and my future lawsuits which I cannot no longer file due to an order of protection-filed against me by the judge who I mentioned I'll be suing in my pre-notice of claim to Syracuse Corporation of common counsel against a County who I officially served Notice of Intent to sue, In attempts to prevent me and now I'm being threatened with jail for filing court notices legally by having an order of protection filed against me. They are preventing me from filing more lawsuits in the courts by use of illegal family court order of protections in favor of the people I will be suing.

I contacted Syracuse Corporate counsel on Monday, July, 10th 2023 giving them courtesy pre-notice of the judge's latest R&R order, courtesy pre-notice of my intention to sue the county, county judge Christine De Joseph and previous county judge Michelle Pirro Bailey, and county workers, along with what evidence I will be using.

specifically told them I would be suing County Worker Lauren Dooher and I attached the intent to sue, the facts related to my claim, and also body camera footage that substantiated my claim. I did not receive my usual notice back.
Then on Thursday, July 13th ironically the day all the official notice of intents to sue was delivered upon them at the Office of corporate counsel, as well as the Civic Center law department, and an attempted delivery, was made at Lauren Dooher's home address Via USPS (which is the standard process of service for civilian being sued in their capacity). A court session was held.   The tracking numbers are as followed
70223330000178096843
70223330000178096850
70223330000178096867

The timeline shows I contacted Corporate Counsel Monday Via email and the notice of claims was received by mornin 9 am July 14th. Then at 11 am, there was a "special" and suddenly court session for a modification of visitation of Jasmine Mccarthy who's the only one who has visits of our children filed by Lauren Dooher in front of Judge De Joseph who still for months after the trial has ended has yet to sign the official order purposely blocking my appellate rights after finding out I sued and used the county evidence and her order in my lawsuit.

I received ZERO notice from the courts of the July 13th Strange and sudden appearance then Ironically in that appearance I'm the main subject and I had my attorney who was previously assigned who is technically no longer my attorney because the trial ended not in my favor months ago hear about the rumored session and stayed around the court after her other sessions not regarding me and sure enough there was a hearing for visitation modification. Inside that hearing, It was said I send threatening letters to the county worker's house (An Intent to sue she's referring to attached herein ) and I allegedly left threatening voicemails to people, but she only testified to what was said when my attorney asked for it to be played because I sent her recordings of every voicemail I leave, No one wanted to play it but she can testify to it and Judge De Joseph ordered Spitefully and illegally on July 13th Full stay aways order of protections again me from all my children again whom I'm already not allowed to see because my visitations are at Civic Center where I'm banded and trespassed from because this same worker Laureen Dooher Alleged falsely alleged I threatened her before at work and home so I'm not even allowed to go there but I was ordered to only see my children there somehow. But their foster caregivers and County

Worker Lauren Dooher and all my children all have stay always signed against me for serving her legal notices and she fearful of me.

This is at minimum witness tampering under Section 1512 of Title 18 constitutes a broad prohibition against tampering with a witness, victim, or informant.

My intent to sue was delivered before the session I wasn't given notice about from the courts.

If any person involved in litigation with me feels I have violated the law they should contact the appropriate authorities and if the evidence is sustaining there are proper channels not limited to the filing of an information being filed by the District Attorney's Office or police officers and the commencement of criminal proceedings. There are fundamental steps in place to protect my rights and the defense attorneys overstep those and take the law into your own hands. All because I sued their officers for their misconduct. Everyone hates me for their officers misconduct and not the misconduct of the officers. They are playing judge, jury and decider of fate.

My letter serves as an desperate attempt to utilize all resources I can think of that's outside of New York State Systems. When ever I report wrong doings of their employees and state actors I am met with an evil entity with abusive power and they utilize every single department they possibly can to stop me and don't care how they do it because I cannot tell "Them" on "Them" I have hit a brick wall inside the state of New York Court systems or legal systems and no matter what legal process I follow they do the illegal opposite to counter it. This notice also serves as personal protection from the statute of limitation of my future claims as I will be prosecuted for filing legal notices for Criminal content and they will put me in jail as threatened to me by Judges Chambers on July,13th.

Sincerely
Alejandro Dos Santos III – Pro Se

◀ Search

☰  Search Google Voice

**Bozeman(Attorney)**
Thu 12:10 PM

0:00 — 1:03

this works the court issue orders of protections and favor of the caregivers and Lauren. Even though she allowed you threatened them, even though she testified it was really no real threat. It was only called the police, but then she threw in

📞 Call Bozeman(Attorney) (X-...

✉ Text Bozeman(Attorney) (X-...

Find out why this call didn't ri
Learn more

📞        👥        💬 8        ◉◉ Voicemail

7:07

# *Courtesy Copy Only* New Lawsuits to be filed

**AC**   **You**
Alejandro_ds3@outlook.com   ...

To:   **Pires, Danielle** DPires@syrgov.net
**Law Dept** law@syrgov.net

Bcc:   **Tylyn Bozeman** TBOZEMAN@BOZE...
**Jasmine** mookie082990@gmail.com

Monday, July 10, 9:17 AM

▶ vcompress_6
MOV - 30.3 MB

📄 Intent to sue L...
PDF - 76 KB

🔗 3 attachments (30.5 MB)

I will officially serve upon, Corporate Counsel, Department of Law, And Lauren Dooher Personally Via Certified mail, attached are courtesy copies and

↩ ⌄   Reply to All

Mail   Calendar   Feed   Apps

I will officially serve upon, Corporate Counsel, Department of Law, And Lauren Dooher Personally Via Certified mail, attached are courtesy copies and just one of the videos/ pieces of evidence I will be using to substance this claim.

The City and Onondaga County can Expect Separate Notices of Claim in the Upcoming Weeks as I Perfect A "Monell" Claim concerning the situation as a whole and their tendencies to do things despite evidence based on a custom/ unofficial policy that's followed and everyone who failed to investigate or intervene in this madness from Michelle Pirro Bailey To Christine De Joseph, To Various County Workers for their parts in the Injury to my Life and the coverups.

the coverups.

Thank you attached is simply Courtesy Copy, I am not in any form attempting service upon the parties via facsimile.

I do hope the parties are open to Negotion to settle all matters appropriately in place of a Federal Jury Trial But I anticipate filing Summary Motion Judgements because the Voluminous Evidence handed over to me from the accused themselves is truly self-sufficient and it would be defending the indefensible.

Alejandro Dos Santos III - Pro Se
444 S Salina Street, Unit 868
Syracuse NY 13201
315-217-1736